IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

MAHBUB KHAN,

    Plaintiff,

       v.                                                        Case No. 01-1043-JTM

RENT-A-CENTER,

    Defendant.

MEMORANDUM AND ORDER

This matter is before the court on Mahbub Khan's motion to expunge the civil action. (Dkt. No. 40). On September 19, 2001, the court issued an order granting Rent-a-Center's motion for summary judgment. (Dkt. No. 33). Khan, the plaintiff, appealed that order. (Dkt. No. 35). The Tenth Circuit dismissed the appeal on December 20, 2001. (Dkt. No. 39).

There is no conviction, arrest record or diversion agreement associated with this civil action; therefore, the legal remedy Khan seeks is unavailable. *See* K.S.A. 21-4619.

IT IS ACCORDINGLY ORDERED THIS 12th day of May, 2010, that Khan's motion to expunge the civil action (Dkt. No.40) is denied.

                                                              s/J. Thomas Marten
                                                              J. THOMAS MARTEN, JUDGE